[Cite as *Jones v. Allen Cty. Common Pleas Court*, 2023-Ohio-2324.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| BRANDON MICHAEL JONES | Case No. 2023-00351PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| ALLEN COUNTY COMMON PLEAS COURT | |
| Respondent | |

{¶1} In this public-records case, pursuant to R.C. 2743.75(D)(2), a Special Master has issued a Recommendation To Dismiss. The Special Master recommends dismissal of Requester's Complaint for failure to state a claim because Requester's public-records requests were not made to Respondent and, consequently, Requester has not been aggrieved by Respondent's alleged failure to provide the requested public records. *See State ex rel. Cincinnati Enquirer v. Deters*, 148 Ohio St.3d 595, 2016-Ohio-8195, 71 N.E.3d 1076, ¶ 20 ("[i]t is axiomatic that in order to be a person aggrieved by the failure of a public office to promptly respond to a public-records request, one must first request records from the public office").

{¶2} Upon independent review, the Court finds the Special Master's recommendation is well taken. A review of Requester's Complaint and accompanying attachments discloses that Requester has made public-records requests to persons and entities other than Respondent. Requester therefore is not aggrieved by Respondent's alleged failure to produce the requested public records. *See Deters*, *supra*, at ¶ 20.

{¶3} Pursuant to R.C. 2743.75(D)(2), and upon the Special Master's recommendation, the Court sua sponte dismisses Requester's Complaint.[1] Court costs are assessed against Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

LISA L. SADLER
Judge

**Filed June 7, 2023**
**Sent to S.C. Reporter 7/7/23**

---

[1]        Under R.C. 2743.75(D)(2), "[n]otwithstanding any provision to the contrary in [R.C. 2743.75], upon the recommendation of the special master, the court of claims on its own motion may dismiss [a] complaint at any time."